# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARK WILLIAM SAMPLES,
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 01-154(01)(DWF/SRN)
Date: NOVEMBER 8, 2004
Court Reporter: JEANNE ANDERSON
Time Commenced: 10:00
Time Concluded: 12:30
Time in Court: 2 Hours & 30 Minutes

Before DONOVAN W. FRANK, United States Judge, at ST. PAUL, Minnesota.

APPEARANCES:

For Plaintiff: RICHARD NEWBERRY
For Defendant: ROBERT RICHMAN 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: /

9 **Evidentiary Hearing** (only selection if witness list filed)**.**

: **Sentencing.**
**After Sentencing counsel for defendant moves to withdraw, for the court to declare the defendant indigent and request appointment of counsel by the Public Defenders Office - COURT SO ORDERS.**

: Hearing held on objections to the presentence report.
Defendants objection of not including acceptance of responsibility is denied.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| **1** | | **X** | **24 months** | | **5 years** | | |
| **3** | | **X** | **24 months** | | | | |
| **2** | **X** | | **84 months** | | | | |

**Said terms as to Counts 1 and 3 to run : consecutively to each other and Counts 2 to run : consecutively with Counts 1 and 3 for a total of 132 months.**

: Special conditions of Supervised Release:

**See J&C for special conditions**

: Defendant sentenced to pay:

: **Fine is WAIVED as long as the defendant keeps up restitution and child support payments.**

: **Restitution in the amount of $69,541.00. NOTE: $69,241.00 was recovered from bank robbery and is in the custody of federal agents, $50.00 was not and is owing plus $250.00 for counseling fees spent on victim tellers for a total of $300.00 to be paid.**

9 Costs of prosecution in the amount of $ to be paid .

: **Special assessment in the amount of $300.00 to be paid .**

9 Plea and plea agreement accepted.
9 Execution of sentence of imprisonment suspended until.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
9 On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
9 Motion for departure is 9 granted 9 denied.
: Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk