UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

**USCA 8 NO** ____________________

United States of America,
Plaintiff,

v.

Mark William Samples
Defendant.

01-154 (01) DWF/SRN
District Court Docket Number

Donovan W. Frank
U.S. District Court Judge

Notice is given that Mark William Samples appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment Order entered in this action on November 9, 2004.

s/ Virginia Villa
Signature of Defendant's Counsel

VIRGINIA G. VILLA, Attorney ID 209478
Typed Name of Defendant's Counsel, Attorney ID No.

300 South Fourth Street, Suite 107
Street Address / Room Number

612-664-5858
Telephone Number

Minneapolis, MN 55415
City, State, Zip

November 15, 2004
Date

## TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☒ Please Prepare a transcript of:

- ☒ Pre-trial proceedings: change of plea hearing 8/14/01; phone conference 3/27/02; hearing 4/12/02; motions hearing 5/8/02; motions hearing & pretrial conference 4/2/04; change of plea hearing & pretrial conference 4/26/04
- ☒ Testimony or
- ☐ Portions thereof
- ☒ Sentencing 11/8/04
- ☐ Post Trial Proceedings
- ☒ Other (Specify): opening statements, closing arguments, jury instructions, jury questions & response; verdict (4/27/04 to 5/6/04)

☐ I am not ordering a transcript because

- ☐ Previously filed
- ☐ Other (Specify) ____________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of Payment: ___ Funds, X Authorization sent to reporter.

Attorney's Signature s/ Virginia Villa Date November 15, 2004

NOTE: Complete All Items on Following Page(s)

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Reg. No. 09916-041

2. Date of Verdict: May 6, 2004 Jury ☒ Non-Jury ☐

   Offenses: 18 U.S.C. § 2113(a) Credit Union Robbery (Count 1);
   18 U.S.C. § 924(c)(1)(A)(ii) Brandishing a Firearm During a Crime of Violence (Count 2);
   18 U.S.C. § 3146(a)(1) Failure to Appear for Trial (Count 3)

   Trial Testimony Number of Days: 9 Bail Status: Detained

3. Date & Sentence Imposed: November 8, 2004
   Custody of BOP for 24 months on Count 1, 84 months on Counts 2, and 24 months on Count 3, all to be served consecutively for a total term of imprisonment of 132 months; 5 years supervised release; $300.00 special assessment ($100.00 per count); restitution of $69,541.00 to Red Wing Credit Union, interest waived

4. Appealing: Sentence ☐ Conviction ☐ Both ☒

   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☒ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: November 15, 2004

   Stenographer in Charge: (Name, Address, Phone)
   Jeanne Anderson, Rm 646, 316 N Robert St, St. Paul, MN 55101, 651-848-1221;
   Bruce Tiffany, 5300 31st Ave S, Minneapolis, MN 55417, 612-724-0350;
   Joan Lindquist, Clerk of Court Office, Rm 700, 316 N Robert Street, St. Paul, MN 55101, 641-848-1110

6. Trial Counsel Was: ☒ Appointed (no fee required) ☐ Retained (filing fee $105 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes ☐ No

   Affidavit of Financial Status filed: N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes ☒ No

7. Assistant U.S. Attorney Name and Phone Number: Richard Newberry
   612-664-5600

**Court Reporter Acknowledgment**

________________ Date Order Received

________________ Estimated Completion Date

________________ Estimated Number of Pages

________________ Court Reporter's Signature

________________ Date