# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARK WILLIAM SAMPLES
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 01-154 (01) DWF/SRN

I hereby certify that on November 16, 2004, I caused the following documents:

1. Notice of Appeal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard Newberry
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Mark William Samples

Dated: November 16, 2004

*s/Virginia Villa*
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415