# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
04 DEC -6 PM 3:22
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

COPY

**Date:** December 3, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Michelle Conway, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **04-3863**

**District Court Number:** CR 01-154 DWF/SRN **Mark William Samples**

**TRANSMITTED HEREWITH:**

RECEIVED
DEC 03 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

SCANNED
DEC 07 2004
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 04-3863

vs.

Mark William Samples — Criminal No. 01-154 DWF/SRN

Date delivered to U.S.C.A.: 12/3/2004

Prepared by: mc

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Mark William Samples**

U.S.C.A. #: 04-3863
District Court #: Criminal 01-154 DWF/SRN

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | Plea Agreement and Sentencing Stipulations | 8/14/01 | 1-8 |
| 2. | Defendant's Sentencing Memorandum | 2/1/02 | 9-181 |
| 3. | Defendant's Supplemental Sentencing Memorandum | 4/5/02 | 182-186 |
| 4. | Order | 5/15/02 | 187 |
| 5. | Order *FILED UNDER SEAL* | 5/24/02 | 188-189 |
| 6. | Order | 5/28/02 | 190-193 |
| 7. | Report and Recommendation | 5/28/02 | 194-208 |
| 8. | Order | 6/21/02 | 209 |
| 9. | Opposition to Court Appointed Expert | 10/17/03 | 210-211 |
| 10. | Order | 11/6/03 | 212-214 |
| 11. | Order and Memorandum | 4/6/04 | 215-219 |
| 12. | Third Superseding Indictment | 4/8/04 | 220-221 |
| 13. | Defendant's Requested Jury Instructions by Mark William Samples | 4/19/04 | 222-259 |
| 14. | Defendant's Proposed Voir Dire Questions by Mark William Samples | 4/19/04 | 260-266 |

| | | | |
|---|---|---|---|
| 15. | Proposed Jury Instructions by United States of America | 4/23/04 | 267-283 |
| 16. | Jury Instructions | 5/4/04 | 284-301 |
| 17. | Jury Questions #1 & #2 and response by Judge Donovan W. Frank | 5/5/04 | 302 |
| 18. | Order | 5/6/04 | 303 |
| 19. | Verdict | 5/6/04 | 304 |
| 20. | Order and Memorandum | 7/2/04 | 305-312 |
| 21. | Government Sentencing Position | 8/25/04 | 313-317 |
| 22. | Defendant's Position with Respect to Sentencing | 9/15/04 | 318-360 |
| 23. | Judgment in a Criminal Case | 11/9/04 | 361-367 |
| 24. | Notice of Appeal | 11/16/04 | 368-369 |
| 25. | Docket Sheet | | 370-383 |