# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3863

CR-01-154 DWF

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| Mark William Samples, | * | |
| Appellant. | * | |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 11, 2006

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
OCT 1 2 2006
U.S. DISTRICT COURT ST. PAUL