3269369

FILED

JAN 3 2007

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 20, 2006

RECEIVED
BY MAIL

JAN 22 2007

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 01-154 DWF/ESS

Re: Mark William Samples
v. United States
No. 06-8411
(Your No. 04-3863)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 13, 2006 and placed on the docket December 20, 2006 as No. 06-8411.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst

RECEIVED
JAN 03 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT