3 2 7276

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
JAN 2 6 2007
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

January 22, 2007

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 01-154 DWF/ESS

Re: Mark William Samples
v. United States
No. 06-8411
(Your No. 04-3863)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
FEB 0 5 2007
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JAN 2 6 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT